# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SCOTT KURZINSKY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| PETZL AMERICA, INC., | : | No. 17-1234 |
| Defendant. | : | |

## ORDER

AND NOW, this 16th day of January, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment (doc. 36) is GRANTED;

2. Judgment is entered in favor of Defendant Petzl America, Inc. and against Plaintiff Ryan Kurzinsky; and

3. This is a final judgment and the Clerk of Court is instructed to close this matter for statistical purposes.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE